In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Real Property, etc., on Upper New York Bay between Simonson Avenue, Clifton, and Arrietta Street, Tompkinsville, in

the Borough of Richmond, City of New York, etc.  Staten Island Railway Company, Appellant.— Motion to resettle order granted, and order as proposed by the city of New York signed.  Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.